NO. SCWC-29390

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee

vs.

LESS ALLEN SCHNABEL, JR., Petitioner/Defendant-Appellant

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 07-1-0863)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on

March 15, 2011 by Petitioner/Defendant-Appellant Less Allen

Schnabel, Jr., is hereby accepted and will be scheduled for oral

argument. The parties will be notified by the appellate clerk

regarding scheduling.

DATED: Honolulu, Hawaiʻi, April 18, 2011.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice



Emmanuel V. Tipon
(Sparlin & Tipon), on the

---

[1]     Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and
McKenna, JJ.

application for petitioner/
defendant-appellant.

Donn Fudo, Deputy Prosecuting
Attorney, City and County
of Honolulu, on the response
for respondent/plaintiff-
appellee.

_____
SCWC-29390  State v. Schnabel
Order Accepting Application
for Writ of Certiorari